**15-25-00082-CV**

## NOTICE OF APPEAL - CIVIL FORM

Trial Court No.: <u>25-01-00561</u>

State of Texas vs. The Allstate Corporation,
Allstate Insurance Company, Allstate
Vehicle and Property Insurance Company ,
Arity, LLC, Arity 875, LLC, Arity Services, LLC

15th Court of Appeals
457th Judicial District Court
in and for
Montgomery County, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 10:00:23 AM
CHRISTOPHER A. PRINE
Clerk

Date Notice of Appeal Filed: <u>April 30, 2025</u>

Accelerated Appeal: <u>Yes</u>                    Restricted Appeal: <u>No</u>

Date of Order/Judgment: <u>April 10, 2025</u>

Post Judgment Motion Filed: <u>N/A</u>

Name of Trial Court Judge: <u>Honorable Vincenzo J. Santini</u>

Name of Court Reporter: <u>Lorri Lucas</u>

| Attorney for Appellant:<br>(State of Texas) | Rick Berlin<br>808 Travis Street, Suite 1520<br>Houston, TX 77002<br>Phone:  713-223-5886<br>Email:  rick.berlin@oag.texas.gov | SBN:  24055161<br><br><br>Fax:  713-223-5821 |
|---|---|---|
| Attorney for Appellee:<br>(Arity 875, LLC) | W. Reid Wittliff<br>510 Baylor St.<br>Austin, TX 78703<br>Phone:  512-960-4866<br>Email:  reid@wittliffcutter.com | SBN:  00791951<br><br><br>Fax:  512-960-4869 |

DISTRIBUTION:  ☒ Original to file, ☒ Court of Appeals, ☒ Appellant Attorney,
☒ Appellee Attorney, ☐ Defense Counsel, ☒ Court Reporter,
☐ Probation, ☐ Pro Se Defendant

Due Date: <u>May 12, 2025</u>

Date Mailed to Court of Appeals: <u>May 02, 2025</u>

**CAUSE NO. 25-01-00561**

| | | |
|---|---|---|
| THE STATE OF TEXAS, <br> *Plaintiff,* | § <br> § <br> § | IN THE DISTRICT COURT OF |
| v. | § <br> § <br> § | MONTGOMERY COUNTY, TEXAS |
| THE ALLSTATE CORPORATION, <br> ALLSTATE INSURANCE COMPANY, <br> ALLSTATE VEHICLE AND <br> PROPERTY INSURANCE COMPANY, <br> ARITY, LLC, <br> ARITY 875, LLC, and <br> ARITY SERVICES, LLC, <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | 457TH JUDICIAL DISTRICT |

**STATE OF TEXAS'S NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, the State of Texas, files this Notice of Appeal with the trial court clerk and thus invokes the **Fifteenth Court of Appeals'** appellate jurisdiction over all parties. The State of Texas states the following:

1. The appeal is to be taken in the Fifteenth Court of Appeals because the "Court of Appeals for the Fifteenth Court of Appeals District has exclusive intermediate appellate jurisdiction over…matters brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government. . ." Tex. Gov't. Code § 22.220(d)(1).

2. The trial court that entered the order the State of Texas is appealing is the 457th Judicial District Court of Montgomery County, Texas, the Honorable Vincenzo Santini presiding. The trial court style and number of the case are as follows: *State of Texas v. The Allstate Corporation, Allstate Insurance Company, Allstate Vehicle and Property Insurance Company, Arity, LLC, Arity 875, LLC, and Arity Services, LLC,* Cause No. 25–01–00561.

1

3.  The trial court order to be appealed is the Order Granting Special Appearances ("Order"), signed on April 10, 2025.

4.  The State of Texas desires to appeal this Order with respect to Defendant Arity 875, LLC.

5.  The appeal of this court order is an accelerated appeal, as defined in Texas Rules of Appellate Procedure 28.1(a).

6.  No related appeal or original proceeding has been previously filed in the Fifteenth Court of Appeals with respect to this case.

**Dated:** April 30, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

*/s/ Rick Berlin*
RICK BERLIN (TX Bar No. 24055161)
RICHARD MCCUTCHEON (TX Bar No. 24139547)
MADELINE FOGEL (TX Bar No. 24141985)
DANIEL ZWART (TX Bar No. 24070906)
KAYLIE BUETTNER (TX Bar No. 24109082)
MEREDITH SPILLANE (TX Bar No. 24131685)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Tel: (713) 223-5886
Fax: (713) 223-5821
Rick.Berlin@oag.texas.gov
Richard.McCutcheon@oag.texas.gov
Madeline.Fogel@oag.texas.gov
Daniel.Zwart@oag.texas.gov
Kaylie.Buettner@oag.texas.gov
Meredith.Spillane@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that on April 30, 2025, the foregoing was electronically served, via the Court's electronic filing system, on all defendants, by and through their attorneys:

W. Reid Wittliff
WITTLIFF CUTTER PLLC
510 Baylor St.
Austin, TX 78703
Tel: (512) 960-4866
Email: reid@wittliffcutter.com

Jake Sommer *(Pro Hac Vice pending)*
Kelsey Harclerode *(Pro Hac Vice pending)*
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
Tel: (202) 296-3585
Email: jake@zwillgen.com
kelsey@zwillgen.com

Sudhir V. Rao *(Pro Hac Vice pending)*
ZWILLGEN PLLC
183 Madison Ave., Suite 1504
New York, NY 10016
Tel: (646) 362-5590
Email: sudhir.rao@zwillgen.com

*Attorneys for Defendants*

*/s/ Rick Berlin*
RICK BERLIN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carlos Fernandez on behalf of Richard Berlin
Bar No. 24055161
carlos.fernandez@oag.texas.gov
Envelope ID: 100268988
Filing Code Description: Notice of Appeal
Filing Description: State of Texas's Notice of Appeal
Status as of 4/30/2025 4:01 PM CST

Associated Case Party: Allstate Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Saba | | john@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Taylor Board | | taylor@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Jake Sommer | | jake@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Sudhir Rao | | sudhir.rao@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |

Associated Case Party: Allstate Vehicle and Property Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Saba | | john@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Jake Sommer | | jake@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Taylor Board | | taylor@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Sudhir Rao | | sudhir.rao@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |

Associated Case Party: Arity, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Saba | | john@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Taylor Board | | taylor@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carlos Fernandez on behalf of Richard Berlin
Bar No. 24055161
carlos.fernandez@oag.texas.gov
Envelope ID: 100268988
Filing Code Description: Notice of Appeal
Filing Description: State of Texas's Notice of Appeal
Status as of 4/30/2025 4:01 PM CST

Associated Case Party: Arity, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Taylor Board | | taylor@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Jake Sommer | | jake@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Sudhir Rao | | sudhir.rao@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |

Associated Case Party: Arity Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Saba | | john@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Taylor Board | | taylor@wittliffcutter.com | 4/30/2025 11:31:08 AM | SENT |
| Sudhir Rao | | sudhir.rao@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |
| Jake Sommer | | jake@zwillgen.com | 4/30/2025 11:31:08 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniel T.Zwart | | daniel.zwart@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Rick Berlin | | Rick.Berlin@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Carlos Fernandez | | Carlos.Fernandez@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carlos Fernandez on behalf of Richard Berlin
Bar No. 24055161
carlos.fernandez@oag.texas.gov
Envelope ID: 100268988
Filing Code Description: Notice of Appeal
Filing Description: State of Texas's Notice of Appeal
Status as of 4/30/2025 4:01 PM CST

Associated Case Party: State of Texas

| Madeline Fogel | | madeline.fogel@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
|---|---|---|---|---|
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Glenn Gallegos | | glenn.gallegos@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |
| Jennifer Roscetti | | Jennifer.Roscetti@oag.texas.gov | 4/30/2025 11:31:08 AM | SENT |

## CAUSE NO. 25-01-00561

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **vs.** | § | **MONTGOMERY COUNTY, TEXAS** |
| | § | |
| **THE ALLSTATE CORPORATION;** | § | **457TH JUDICIAL DISTRICT** |
| **ALLSTATE INSURANCE COMPANY;** | | |
| **ALLSTATE VEHICLE AND** | | |
| **PROPERTY INSURANCE COMPANY ;** | | |
| **ARITY, LLC; ARITY 875, LLC; ARITY** | | |
| **SERVICES, LLC** | | |

### ORDER GRANTING SPECIAL APPEARANCES

On this day came for consideration Defendant The Allstate Corporation's Sworn Special Appearance and Defendant Arity 875, LLC's Sworn Special Appearance. The Court, having considered the Motions, any responses thereto, and arguments of the parties, is of the opinion that the Motions should GRANTED. It is therefore:

ORDERED that the Affidavits filed by Plaintiff The State of Texas on April 3, 2024 in response to the Special Appearances were filed untimely pursuant to Rule 120a(3) of the Texas Rules of Civil Procedure and are therefore STRUCK and were not considered by the Court.

ORDERED that Defendant The Allstate Corporation's Sworn Special Appearance is GRANTED. It is hereby ORDERED that Defendant The Allstate Corporation is dismissed for lack of personal jurisdiction.

ORDERED that Defendant Arity 875, LLC's Sworn Special Appearance is GRANTED. It is hereby ORDERED that Defendant Arity 875, LLC is dismissed for lack of personal jurisdiction.

Signed _____ 4/10/2025 3:42:52 PM

_____
VINCENZO SANTINI, Presiding Judge

Minute
11th of April, 2025